### DIME SAVINGS BANK OF WALLINGFORD *v.* DAVID J. VUMBACK ET AL. (12800)

O'CONNELL, LAVERY and HENNESSY, Js.

Argued November 2—decision released November 22, 1994

*David J. Vumback,* pro se, the appellant (named defendant).

*Craig B. Henrici,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.